Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4611 N. Ravenswood Ave., Suite 201
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
CHRISTIAN DAVEY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CHRISTIAN DAVEY, | ) |
| Plaintiff, | ) **Case No.:** 2:16-cv-1651 |
| v. | ) |
| NAVIENT SOLUTIONS, INC. *f/k/a* SALLIE MAE, INC., | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff, CHRISTIAN DAVEY, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED:  August 19, 2016          AGRUSS LAW FIRM, LLC

                    By: /s/  Michael S. Agruss
                        Michael S. Agruss
                        Attorney for Plaintiff
                        CHRISTIAN DAVEY

1

**CERTIFICATE OF SERVICE**

On August 19, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Christopher Fredrich, at christopher.fredrich@akerman.com.