JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

CHRISTIAN DAVEY,

    Plaintiff,

v.

NAVIENT SOLUTIONS, INC. *f/k/a* SALLIE MAE, INC.,

    Defendant.

**Case No.:** 2:16-cv-1651
Assigned to Hon. Percy Anderson

## ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE

On August 29, 2016, Plaintiff, CHRISTIAN DAVEY, filed a Stipulation to Dismiss with Prejudice. For good cause shown, this case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: September 14, 2016

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE